IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE BEST BUY CO, INC. SHAREHOLDER DERIVATIVE LITIGATION <br> _____ <br> This Documents Relates to: <br> ALL ACTIONS. | Master Docket Civil No. 11-1578 (DWF/FLN) <br><br> (Consolidated with Civil No. 11-1904 (DWF/FLN)) <br><br> Judge Donovan W. Frank |

## JOINT MOTION TO STAY

All Parties in this action move to stay this matter pending a final resolution of the motion to dismiss in the related *IBEW Local 98 Pension Fund v. Best Buy Co., Inc.,* Civ. No. 0:11-cv-00429-DWF-FLN litigation (the "IBEW action").

Best Buy Co., Inc., the nominal defendant in this consolidated shareholder derivative action, is currently a defendant in the related IBEW action. Best Buy has moved to dismiss the IBEW action; that motion is fully briefed and oral argument was held on December 20, 2011.

As set forth in the stipulation signed by the Parties to this consolidated shareholder derivative action and filed with the Court on August 2, 2011, while plaintiffs believe their allegations have merit independent of and are not dependent on the facts in the IBEW action, in light of the unique facts in this case and the IBEW action, all Parties herein agree that a stay of this

consolidated shareholder derivative action pending a final resolution of the motion to dismiss brought by the defendants in the IBEW action will foster judicial economy and efficiency. As such, the Parties are seeking a stay of this action pending the resolution of the motion to dismiss the IBEW action.

The Parties agreed to so move the Court for a stay once an order consolidating the related shareholder derivative actions had been entered. On November 17, 2011, this Court signed an order consolidating the related shareholder derivative actions; accordingly, the Parties now move to stay this consolidated shareholder derivative action pending the resolution of the pending motion to dismiss in the IBEW action.

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N.Am. Co.*, 299 U.S. 248, 254 (1936). Because a stay of this action will promote the interests of judicial economy and is in the best interests of the Court and the litigants, the Parties respectfully request that this Court stay this consolidated shareholder derivative action until there has been a final resolution of the motion to dismiss in the IBEW action.

| | |
|---|---|
| December__, 2011 | **Robins, Kaplan, Miller & Ciresi L.L.P.** |

By: _____*s/Sara A. Poulos*_____
  Sara A. Poulos (18830X)
  David W. Beehler (190792)

    2800 LaSalle Plaza
    800 LaSalle Avenue
    Minneapolis, MN 55402
    T: 612-349-8500
    F: 612-339-4181

*Attorneys for Defendants*


December __, 2011       **Robbins Umeda LLP**

By: _____*s/Shane P. Sanders*_____
  Shane P. Sanders (CA - 237146)
  Brian J. Robbins  (CA - 190264)
  FELIPE J. ARROYO (CA – 163803)
  Gina Stassi (CA - 261263)

    600 B Street
    Suite 1900
    San Diego, CA 92101
    T: 619-525-3990
    F: 619-525-3991

    CARNEY WILLIAMS BATES
    BOZEMAN & PULLIAM, PLLC
    Randall K. Pulliam (AR -         )
      11311 Arcade Drive
      Suite 200
      Little Rock, AR 72211
      T: 501-312-8500
      F: 501-312-8505

*Co-Lead Counsel for Plaintiffs*

- 3 -

**Anderson, Helgen, Davis & Nissen, PA**
Henry M Helgen, III (151075)
Amanda R. Cefalu  (309436)
150 South Fifth Street
Suite 3100
Minneapolis, MN 55403
T: 612-435-6363
F: 612-435-6379

*Liaison Counsel for Plaintiffs*