# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE BEST BUY CO., INC. SHAREHOLDER DERIVATIVE LITIGATION | ) ) ) ) ) Master Civil No. 11-1578 (DWF/KMM)<br><br>(Consolidated with Civil No. 11-1904 (DWF/KMM)) |
| This Document Relates To:<br><br>ALL ACTIONS | ) ) ) ) ) **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

Based upon the Stipulation of Dismissal Without Prejudice (Doc. No. [30]) filed by the parties on July 31, 2019,

**IT IS HEREBY ORDERED** that the above action, and all claims that were asserted in the action, are **DISMISSED WITHOUT PREJUDICE**, without costs, disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 6, 2019            s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  United States District Judge